Reedy Elevator Company, Respondent, v. Joseph F. Clarke Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Wolf Rubin, Respondent, v. William A. Ballance, Appellant.— Judgment and order affirmed, with costs. No opinion.

George B. Meeteers, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion.

Thomas McCaffrey, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion.

Charles Putnam, Respondent, v. The Board of Education of the City of New York, Appellant.— Determination affirmed, with costs. No opinion.

Arthur D. Dunn, Respondent, v. The Board of Education of the City of New York, Appellant.— Determination affirmed, with costs. No opinion.

John J. Curtin, Respondent, v. The Board of Education of the City of New York, Appellant.— Determination affirmed, with costs. No opinion.

Newell P. Andrus, Respondent, v. The Board of Education of the City of New York, Appellant.— Determination affirmed, with costs. No opinion.

G. Hunter Brown and Others, Copartners, Doing Business under the Firm Name and Style of Brown, Williams & Burbank. Appellants, v. Roosevelt & Schuyler and William H. Von Dreele, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. No opinion.

Gunnar Johnson, Respondent, v. Emma Carlson, Appellant.— Judgment and order affirmed, with costs. No opinion.

John J. Dickinson, Respondent, v. David J. Tysen, Appellant, Impleaded with Milton C. Quimby.— Judgment and order affirmed, with costs. No opinion.

F. W. Kelsey Nursery Company, Appellant, v. Henry E. Fox, Respondent.— Judgment and order affirmed, with costs. No opinion.

John J. Franklin and Others, Respondents, v. The New York Herald, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Charles S. Williams and William T. Lambert, Respondents, v. The New York Herald, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

The People of the State of New York ex rel. Samuel Ehrlich, as President of Singer Magen Abraham Lodge, No. 17, of the Independent Order Ahawas Israel, Respondent, v. Independent Order Ahawas Israel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Antonio Andujar, Appellant, v. John Boyd, Jr., and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Julius B. de Mesquita, Respondent, v. The Herbert Kaufmann & Handy Company, Appellant.— Judgment affirmed, with costs. No opinion.

Ann Elizabeth Haubold, Respondent, v. Herman Arthur Haubold, Appellant.— Judgment affirmed, with costs. No opinion.